| | |
|---|---|
| **From:** | Stoops, Kevin J |
| **To:** | "Douglas P. VandenBerge" |
| **Cc:** | "Robert M. Wyngaarden"; "Michael L. VanErp (MLV@jwynlaw.com)" |
| **Subject:** | RE: Ferris v. City of Cadillac et al - following up with a description of the pathology slides reviewed and retained by Dr Schmidt |
| **Date:** | Thursday, April 14, 2016 10:46:00 AM |
| **Importance:** | High |

Doug and Mike/Bob,

I have yet to receive formal correspondence from any of you with an exact inventory of all physical materials, specimens, slides, etc., in your clients' possession. Please provide me with formal inventories at your earliest convenience.

Thanks,

Kevin

-----Original Message-----
From: Douglas P. VandenBerge [mailto:Dpvanden@rhoadesmckee.com]
Sent: Wednesday, March 30, 2016 12:12 PM
To: Stoops, Kevin J
Cc: 'Robert M. Wyngaarden'; 'Michael L. VanErp (MLV@jwynlaw.com)'
Subject: RE: Ferris v. City of Cadillac et al - following up with a description of the pathology slides reviewed and retained by Dr Schmidt

Hello Kevin. Dr Schmidt reviewed and has retained 23 H & E slides and 6 slides with an iron stain that include the control.

Thanks Kevin,

Doug

Douglas Vanden Berge

[cid:image86d6fd.JPG@1512361a.4699eee4]<http://www.rhoadesmckee.com>

Tel: 616.233.5127
Fax: 616.233.5269
Email: dpvanden@rhoadesmckee.com

55 Campau Avenue NW, Suite 300
Grand Rapids, Michigan 49503
rhoadesmckee.com

[Facebook]<https://www.facebook.com/rhoadesmckee> [Twitter]
<https://twitter.com/RhoadesMcKee> [LinkedIn] <https://www.linkedin.com/company/rhoades-mckee?trk=company_logo>

-----Original Message-----
From: Stoops, Kevin J [mailto:KStoops@sommerspc.com]
Sent: Friday, March 18, 2016 9:12 AM
To: Douglas P. VandenBerge
Subject: RE: Ferris v. City of Cadillac et al

Thanks. I look forward to receiving the list.

-----Original Message-----
From: Douglas P. VandenBerge [mailto:Dpvanden@rhoadesmckee.com]
Sent: Thursday, March 17, 2016 8:03 PM
To: Stoops, Kevin J
Subject: Re: Ferris v. City of Cadillac et al

Hello Kevin. I will try to obtain a specific description of the pathology slides / recuts which Dr Schmidt has retained and will provide you with the same upon receipt.

I believe that all of the other materials which he has retained and has been able to locate, have been produced by us already as attachments to our discovery responses and/or amended / supplemental responses.

Thanks Kevin ,

Doug

Sent from my Verizon Wireless 4G LTE DROID

"Stoops, Kevin J" <KStoops@sommerspc.com> wrote:

Doug,

I write to follow up on your client's discovery responses (including the supplemental discovery provided a few days ago). In your client's discovery responses he indicated that he maintains possession of various pathology slides. Your client has not, however, provided us with a detailed inventory of the specific materials (including, but not limited to: slides, samples, images, etc) he contuse to hold in his possession. Please provide me this list immediately.

Thanks,

Kevin

Kevin J. Stoops
One Towne Square, 17th Floor | Southfield, MI 48076 Direct Dial: (248) 784-6613 | Direct Fax: (248) 936-2143 www.sommerspc.com [cid:image001.jpg@01D18050.E1D27460]

---

This electronic message transmission contains information from the law firm Sommers Schwartz, P.C. that we consider to be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (01.248.355.0300) or by electronic mail (emails@sommerspc.com). Thank you.

Douglas Vanden Berge

[cid:imageee39b9.JPG@679ba4ab.4faf2431]<http://www.rhoadesmckee.com>

Tel: 616.233.5127
Fax: 616.233.5269
Email: dpvanden@rhoadesmckee.com

55 Campau Avenue NW, Suite 300
Grand Rapids, Michigan 49503
rhoadesmckee.com

[Facebook]<https://www.facebook.com/rhoadesmckee> [Twitter]
<https://twitter.com/RhoadesMcKee> [LinkedIn] <https://www.linkedin.com/company/rhoades-mckee?trk=company_logo>

CONFIDENTIALITY NOTICE: This message and any attachment contain attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this message in error, please notify us immediately by return email and delete this message and any attachment from your system. DISCLOSURE UNDER TREASURY CIRCULAR 230: To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

CONFIDENTIALITY NOTICE: This message and any attachment contain attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this message in error, please notify us immediately by return email and delete this message and any attachment from your system. DISCLOSURE UNDER TREASURY CIRCULAR 230: To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.