*EXHIBIT 34*

CARL J. SCHMIDT, M.D.
FORENSIC PATHOLOGY
3503 QUAIL HOLLOW DRIVE
LAMBERTVILLE, MI 48144
734-915-4794
CJSCHMIDT@EARTHLINK.NET

January 17, 2015

Kevin Hesselink, Esq.
1262 S. Otsego Avenue
Gaylord, MI 49735

Re: Kalla Fisher, SHA-13-01180

Dear Mr. Hesselink,

This is my invoice for time spent on this case.

| | | |
|---|---|---|
| 2/12/14 | Review of medical records | 1 hr |
| 2/14/14 | Preparation of report | 3 hrs |
| 12/23/14 | Review Ormsby Deposition | 2 hrs |
| 1/6/15 | Travel & Court Cadillac, MI | 8 hrs |

Total Due  8 hours at $400.00/hr  $5,600.00

I have also included the bill for my overnight stay, which is $136.53.

My tax i.d. is 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.

Sincerely,

Carl J. Schmidt, M.D., M.P.H.



Schmidt
EXHIBIT NO. 108
A. WRIGHT 12-19-16

A